IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Nickell,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>U. S. Collections West, Inc.,<br><br>　　　　　　　Defendant. | No. CV-15-01136-PHX-NVW<br><br>**ORDER** |

　　　IT IS ORDERED pursuant to Rule 4(m), Fed. R. Civ. P., that this action shall be dismissed on or after October 23, 2015, without further notice to Plaintiff, unless before then Plaintiff has served Defendant with process and has filed with the clerk of the court proof thereof pursuant to Rule 4(*l*).

　　　Dated this 23rd day of September, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　Neil V. Wake
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge